427 A.2d 1224

Commonwealth v. Dixon, Appellant.

Submitted September 13, 1979. Carmen C. Nasuti, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.